**JANICE ULKER**
151 Riparian Way
Toms River, NJ  08753
(732) 279-0933
Defendant Pro Se

RECEIVED
NOV 12 2009
AT 8:30
WILLIAM T. WALSH, CLERK
M

| | |
|---|---|
| **BARBARA A. MANETTI and ALBERT F. MANETTI,**<br><br>           Plaintiffs,<br><br>     vs.<br><br>**JANICE ULKER, MICHAEL E. WILBERT, ESQUIRE, DAVID T. SCHLENDORF, ESQUIRE, TOWNSHIP OF JACKSON, JACKSON TOWNSHIP POLICE DEPARTMENT, COUNTY OF OCEAN, OCEAN COUNTY PROSECUTOR'S OFFICE, et als,**<br><br>           Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION<br><br>NO. 3:09-CV-05281<br><br>DEFENDANT, JANICE ULKER'S, EX PARTE REQUEST FOR A 15 DAY EXTENSION TO FILE AN ANSWER OR RESPONSIVE PLEADING PURSUANT TO RULE 6.1(b) |

Defendant, Janice Ulker, Pro Se, hereby requests an automatic extension, ex parte, of fifteen (15) days within which to answer or otherwise plead.  The Summons and Complaint were served on October 21, 2009 and the Answer is currently due on November 10, 2009.  Defendant respectfully requests the Court, on an ex parte basis, to extend the time pursuant to Rule 6.1(b) to file until November 25, 2009.

DATED: 11/4/09

_____
JANICE ULKER, DEFENDANT PRO SE

So Ordered this 12th day of November, 2009.

_____